```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 04804
   ALEX A MINGLE SR
   MERCY A MINGLE                           CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

           Debtor
  SSN XXX-XX-1302     SSN XXX-XX-9077

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/14/2005 and was confirmed 08/04/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
 creditors an estimated  38.00% from remaining funds.

     The case was paid in full 05/19/2008.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
GENERAL MOTORS ACCEPTANC  SECURED          6735.55         563.47        6735.55
GENERAL MOTORS ACCEPTANC  UNSECURED       NOT FILED           .00            .00
HOUSEHOLD FINANCIAL SERV  CURRENT MORTG       .00             .00            .00
TOYOTA MOTOR CREDIT       SECURED          6497.83         541.31        6497.83
TOYOTA MOTOR CREDIT CORP  UNSECURED       NOT FILED           .00            .00
AGD FINANCIAL             UNSECURED       NOT FILED           .00            .00
AGD FINANCIAL TRUST       NOTICE ONLY     NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED        6766.28            .00        2571.12
CAPITAL ONE BANK          UNSECURED       NOT FILED           .00            .00
CAPITAL ONE BANK          UNSECURED       NOT FILED           .00            .00
CALVARY INVESTMENTS       UNSECURED       NOT FILED           .00            .00
CB USA                    UNSECURED          50.00            .00          19.00
CBUSASEARS                UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED        3355.00            .00        1274.87
SPRINT PCS                UNSECURED       NOT FILED           .00            .00
MED1 SOLUTIONS            NOTICE ONLY     NOT FILED           .00            .00
FIRST CONSUMERS NATIONAL  UNSECURED       NOT FILED           .00            .00
JC PENNEY                 UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED        2241.31            .00         851.68
ECAST SETTLEMENT CORP     UNSECURED         741.98            .00         281.94
HOUSEHOLD BANK            UNSECURED       NOT FILED           .00            .00
HOUSEHOLD BANK            UNSECURED       NOT FILED           .00            .00
ISAC                      UNSECURED       NOT FILED           .00            .00
MED 1 PARK RIDGE          UNSECURED       NOT FILED           .00            .00
MED 1                     UNSECURED       NOT FILED           .00            .00
NCM TRUST                 UNSECURED OTH     786.26            .00         299.62
UNITED COLLECTION BUREAU  UNSECURED OTH     173.00            .00          65.02
US DEPT OF EDUCATION      UNSECURED        9831.45            .00        3735.85
US DEPT OF EDUCATION      UNSECURED        7305.37            .00        2775.97
HOUSEHOLD FINANCIAL SERV  SECURED NOT I     987.37            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED           .00             .00            .00
RESURGENT ACQUISITION LL  UNSECURED        1927.76            .00         732.53

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 04804 ALEX A MINGLE SR & MERCY A MINGLE
```

```
LORRAINE GREENBERG & ASS DEBTOR ATTY     2,000.00                    2,000.00
TOM VAUGHN               TRUSTEE                                     1,654.24
DEBTOR REFUND            REFUND                                        700.00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                              RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     31,300.00

PRIORITY                                                    .00
SECURED                                               13,233.38
     INTEREST                                          1,104.78
UNSECURED                                             12,607.60
ADMINISTRATIVE                                         2,000.00
TRUSTEE COMPENSATION                                   1,654.24
DEBTOR REFUND                                            700.00
                           ---------------        ---------------
TOTALS                      31,300.00                 31,300.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 08/27/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE